**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| REX BAGLEY, | Case No. 3:26-CV-00236-MMD-CLB |
| Plaintiff, | **ORDER RE SERVICE** |
| v. | |
| ROBERT H. THOMPSON, | |
| Defendant. | |

On April 3, 2026, Plaintiff Rex Bagley ("Bagley") filed a civil rights complaint under 42 U.S.C. § 1983 and an application to proceed in forma pauperis. (ECF Nos. 1, 1-1.) The Court screened Bagley's complaint pursuant to 28 U.S.C. § 1915A(a) and allowed Bagley to proceed against Defendant Division of Social Services on three claims. (ECF No. 23.) Consequently, the Court now issues this order regarding service of process.

**IT IS THEREFORE ORDERED** that:

(1) The Clerk of Court shall **ISSUE** summonses for Defendant Division of Social Services **and deliver the same**, to the U.S. Marshal for service. The Clerk also shall also **SEND** sufficient copies of the complaint, (ECF No. 16), the screening order, (ECF No. 15), and this Order to the U.S. Marshal for service on the defendant. The Clerk shall **SEND** to Bagley **one** USM-285 form. Bagley will have 21 days within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to each defendant at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, if the Defendant was not served, and if Bagley wants service to be attempted again, he must file a motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.

(2) Bagley is reminded that under Federal Rule of Civil Procedure 4(m), service

must be completed within **90 days** of the date of this Order. If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

(3) Bagley shall serve upon Defendant or, if an appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. If Bagley electronically files a document with the court's electronic filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); LR IC 4-1(b); LR 5-1. If Bagley mails the document to the court, Bagley shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Bagley shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

**IT IS SO ORDERED**.

**DATED**: June 3, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

2